COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Retaka Romeo Nelson v. Shannon Brochette Nelson

Appellate case number:   01-13-00816-CV

Trial court case number:  2012-04063

Trial court:                       308th District Court of Harris County

On November 5, 2013, this Court issued an order finding appellant to be indigent and ordered the filing of the reporter's record by December 5, 2013, at no cost to appellant. On that date, eight court reporters filed a joint letter requesting that this Court either (i) order appellant to limit his record request to only those matters he intends to appeal or (ii) grant the reporters until March 5, 2014 to prepare the record requested by appellant.

The court reporters' request is **granted, in part**. There is no requirement that an indigent appellant identify his appellate issues in advance of obtaining an appellate record — indeed, a record is usually required to determine what issues may be viable on appeal. The remainder of the reporter's record shall be filed in this court **no later than February 28, 2014**. No further extensions will be granted absent extraordinary circumstances.

IT IS SO ORDERED.

Judge's signature: /s/ Michael Massengale
                          Acting individually

Date: January 30, 2014